THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MAX SHAPIRO, Respondent.

Submitted May 23, 1955; decided May 24, 1955.

*Peter Campbell Brown, Corporation Counsel (Seymour B. Quel* of counsel), for motion.

No one opposed.

Motion granted and case set down for argument during the present session of the Court of Appeals.